

**FILED**
JAN 21 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50011 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Sexual Abuse<br>(18 U.S.C. §§ 2242(2) and 1153) |
| HENRY LOUS CHASE ALONE<br>a/k/a Henry Black Elk, | Sexual Abuse of a Minor<br>(18 U.S.C. §§ 2243(a) and 1153) |
| Defendant. | |

The Grand Jury charges:

## COUNT I

On or about between July 30, 2000, and July 31, 2000, at Manderson, in Indian country, in the District of South Dakota, the defendant, Henry Louis Chase Alone, a/k/a Henry Black Elk, an Indian, did knowingly engage in and attempt to engage in a sexual act, to wit, contact between the penis and the vulva, with (name redacted), at a time when (name redacted) was incapable of appraising the nature of the conduct and was physically incapable of declining participation in and communicating unwillingness to engage in the sexual act, and the defendant, Henry Louis Chase Alone, a/k/a Henry Black Elk, knew (name redacted) was so incapacitated, all in violation of 18 U.S.C. §§ 1153 and 2242(2).

COUNT II

On or about between July 30, 2000, and July 31, 2000, at Manderson, in Indian country, in the District of South Dakota, the defendant, Henry Louis Chase Alone, a/k/a Henry Black Elk, an Indian, did knowingly engage and attempt to engage in a sexual act, to wit, contact between the penis and vulva, with (name redacted), a person who had attained the age of 12 years, but had not attained the age of 16 years, and was at least 4 years younger than Henry Louis Chase Alone, a/k/a Henry Black Elk, all in violation of 18 U.S.C. §§ 1153 and 2243(a).

A TRUE BILL:

**NAME REDACTED**
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By: *[signature]*