UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
MAY 06 2015

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50011 |
| Plaintiff, | AMENDED FACTUAL BASIS STATEMENT |
| vs. | |
| HENRY CHASE ALONE a/k/a HENRY BLACK ELK, | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On July 30, 2000, then-13-year-old R.W.P. was with several friends consuming alcohol. In the group were some older boys including Henry Chase Alone, C.R.S., and R.B. Henry Chase Alone also went by Henry Black Elk, then 17 years old, and was more than 4 years older than R.W.P. on that date, and he knew he was more than 4 years older than R.W.P. R.W.P. consumed excessive alcohol and eventually passed out at the home of Evelyn Cordelia Protector, C.R.S's mom. Protector's home was located in Manderson, South Dakota, which is within the exterior boundaries of the Pine Ridge Indian Reservation.

The next morning, July 31, 2000, Evelyn Protector emerged from her bedroom to find R.W.P. still unconscious, and someone had removed her pants and underwear causing her to be naked from the waist down. Protector began to yell at the young people who were still outside; several went into the house and dressed R.W.P. and carried her away from the home.

R.W.P. was taken to the Indian Health Service hospital in Pine Ridge, South Dakota, and was treated for severe alcohol poisoning. She had a Blood Alcohol Content (BAC) of .495 when she arrived at the hospital and she was in a coma. At the hospital she was intubated and ventilated and she was then transported to Rapid City Regional Hospital (RCRH) where she had a BAC of .366 and was still in a coma. A sexual assault exam was conducted to collect hair combing and swabs. R.W.P.'s clothing was also collected as evidence and later tested.

On August 7, 2000, R.W.P. was given a sexual assault exam by Dr. Lori Strong at Black Hills Pediatrics. Dr. Strong found that R.W.P. had a fimbriated hymen which had a healing laceration down to her posterior fourchette. It was later determined that R.W.P. was pregnant and the pregnancy was terminated on September 27, 2000, at Planned Parenthood in Sioux Falls, South Dakota. The termination of this pregnancy caused R.W.P. extreme emotional distress rising to the level of a protracted loss or impairment of her mental faculties which the Defendant concedes is "serious bodily injury" under 18 U.S.C. §

1365(g)(3)(D). The fetal remains were sent to Memorial Blood Centers in Minnesota for paternal testing which were inconclusive.

The case went cold after C.R.S. and R.B.'s DNA did not match the profile obtained from R.W.P.'s sex assault exam. Chase Alone's DNA was not obtained at that time, but the DNA profile from the sex assault exam was entered into the nationwide DNA database known as "CODIS."

In 2013, Henry Chase Alone was indicted in the Central Division of the District of South Dakota along with Rochelle Breckbill (Lebeau) for Involuntary Manslaughter and Child Abuse, case number 13-30185-02. Chase Alone was given pretrial diversion and his DNA was entered into the nationwide DNA Database CODIS. In February of 2014, the FBI recognized a possible association between the DNA taken from the perpetrator of R.W.P. from the sexual assault exam and the DNA of Henry Louis Chase Alone from his 2013 case. To confirm the perpetrator's identity, the United States sought a warrant and the FBI collected a sample from Chase Alone on July 7, 2014, and that sample was submitted to the FBI crime lab for comparison to the DNA from the R.W.P. sex assault exam. On November 10, 2014, the FBI crime lab confirmed that the DNA found in R.W.P.'s sex assault kit matched the DNA from the known sample taken via the search warrant from Henry Chase Alone, meaning he penetrated R.W.P.'s vulva with his penis.

_5/6/15_
Date

RANDOLPH J. SEILER
Acting United States Attorney

_____
SARAH B. COLLINS
Senior Litigation Counsel
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Sarah.B.Collins@usdoj.gov

_5/6/15_
Date

_____
HENRY CHASE ALONE
a/k/a Henry Black Elk
Defendant

_5/6/15_
Date

_____
GARY G. COLBATH, JR.
Attorney for Defendant

4